UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#291524

IN RE:  
BEATRIZ ANGELINO

CASE NO. 07-18372-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*[Stamp: U.S. BANKRUPTCY COURT SO. DISTRICT OF FLORIDA JUL 26 2011 FILED RECEIVED]*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 19.45 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

BEATRIZ ANGELINO  
3460 SW 112TH AVENUE  
MIAMI, FL 33165

MICHAEL A. FRANK, ESQUIRE  
UNION PLANTERS BNK BLDG #620  
10 NW LEJEUNE RD  
MIAMI, FL 33126-5431

JEFFERSON CAPITAL SYSTEMS, LLC  
PO BOX 23051  
COLUMBUS, GA 31902-3051

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   07-18372-BKC-AJC
BEATRIZ ANGELINO

CHAPTER 13


BEATRIZ ANGELINO

3460 SW 112TH AVENUE
MIAMI, FL 33165


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

JEFFERSON CAPITAL SYSTEMS, LLC---------$         19.45
PO BOX 23051
COLUMBUS, GA 31902-3051                     UNDELIVERABLE/STALE
                                            CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130